**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

February 09, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ NM
DEPUTY

| | | |
|---|---|---|
| **RAMIRO H. TOLEDO,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **NO. SA-25-CV-01473-OLG** |
| **WILSON COUNTY SHERIFF'S OFFICE,** | § | |
| **Defendant.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed December 8, 2025, concerning pro se Plaintiff Ramiro H. Toledo's complaint. (*See* R&R, Dkt. No. 4.)

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations. FED. R. CIV. P. 72(b)(2). A copy of the R&R was mailed by certified mail on December 8, 2025 (*see* Dkt. No. 6) and received by Plaintiff on December 28, 2025 (*see* Dkt. No. 7). No objections have been filed.

As such, the Court reviews the R&R for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.") After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law.

The Court therefore **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 4) and, for the reasons set forth therein, Plaintiff's Complaint (Dkt. No. 1-1) is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim.

This case is **CLOSED**.

It is so **ORDERED**.

**SIGNED** on February _____, 2026.

ORLANDO L. GARCIA
United States District Judge

2